1
 Heather Palmer Jones, Petitioner v. The People of the State of Colorado. Petitioner No. 24SC212
Supreme Court of Colorado, En Banc
October 8, 2024

 Court
 of Appeals Case No. 20CA1568

 Petition
 for Writ of Certiorari DENIED.

 JUSTICE HOOD would grant as to the following issue:

 Whether
 the division erred when it held that the petitioner
 wasn't entitled to jury instructions on self-defense as
 defined in sections 18-1-704(2)(b) and (2)(c), C.R.S. (2024),
 where the division's reasoning ignored and contravened
 the well-established principles that: the evidence must be
 viewed in the light most favorable to the defendant; the
 totality of the circumstances must be considered, including
 the defendant's perceptions; reasonable belief rather
 than absolute certainty is the touchstone of self-defense;
 self-defense can be based on reasonable appearances that
 later prove to have been deceptive; and reasonableness is
 generally a question for the jury to resolve.